**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-02768-NYW

JEISON ALEXANDER ONATE-BRINEZ,

Petitioner,

v.

JUAN BALTAZAR, Warden, Aurora ICE Processing Center in his official capacity,
DAVID VENTURELLA, Acting Director of U.S. Immigration and Customs Enforcement in his official capacity,
MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security in his official capacity, and
TODD BLANCHE, Acting Attorney General of the United States in his official capacity,

Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Minute Order entered by United States District Judge Nina Y. Wang on July 31, 2026 [Doc. 10], it is

ORDERED that in light of the representations in the Joint Status Report [Doc. 9], final judgment is hereby entered in favor of Petitioner and against Respondents. It is

FURTHER ORDERED that Petitioner shall have his costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. It is

FURTHER ORDERED that this case is terminated.

Dated at Denver, Colorado this 4th day of August, 2026.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Emily Buchanan
Emily Buchanan, Deputy Clerk